332 EVERETT vs. CIRCUIT JUDGE (Marquette), 39 M., 437.

To vacate an order requiring plaintiff to furnish a bill of particulars, in an action of case for consequential injuries.

Granted October 22, 1878.

333 HORNING vs. CIRCUIT JUDGE (Mecosta), No. 15131.

To vacate order adjudging relator guilty of contempt of court for neglecting to comply with an order of court, requiring the payment of the solicitor's fees in a divorce case, then pending, on the ground that although the order for the payment of the solicitors' fees was made before the decree, the order adjudging relator guilty of contempt was not made until after decree and after an appeal from such decree.

Denied October 23, 1895, with costs, on the ground that appeal is the more appropriate remedy.

334 PETRIE vs. CIRCUIT JUDGE (Muskegon), No. 13152.

To set aside order granting a continuance which was based upon a ruling that the cause was not at issue.

Denied December 1, 1892, with costs.

Bill filed against relator and another—answered—replication filed—application for leave to amend answer granted—amended answer filed.

Relator, before time to except or reply had elapsed, attempted to press the case on for hearing. Court below held that the case was not at issue.